**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH T. TOY, | Case No. 2:14-CV-01719-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.*, | (Dkt. #1, 2) |
| Defendants. | |

Pro se plaintiff Joseph Toy alleges that at some undisclosed time, defendant State of Nevada detained his mother without justification, did not allow Toy to visit her, failed to properly manage her financial affairs, and unlawfully conducted a guardianship over her despite his mother's objection. (Dkt. #1.) On January 26, 2015, Magistrate Judge Leen entered a Report & Recommendation (Dkt. #2) recommending I dismiss this case because Toy cannot assert his mother's rights.

No objection was filed. I am not required to conduct "any review at all . . . of any issue that is not the subjection of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I therefore adopt Judge Leen's Report & Recommendation dismissing Toy's claims. The clerk of court is directed to close this case.

IT IS SO ORDERED.

DATED this 17th day of April, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE